**Opinion issued July 11, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-19-00304-CV

_____

### IN RE J. D., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, J.D., filed a petition for writ of mandamus, asking that we order the

trial court to vacate its order denying relator's motion for continuance and grant the

continuance of the termination trial until after relator's criminal trial.[1] Relator has

---

[1]     The underlying case is *In the Interest of J.E.D., a Child*, cause number 2017-05833J, pending in the 315th District Court of Harris County, Texas, the Honorable Leah Shapiro presiding.

now filed an agreed motion to dismiss the petition because the parties have reached a settlement.

We grant the motion and dismiss the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.